UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY HALSTEAD,

    Petitioner,                                   Civil No. 2:12-CV-12613
                                                   HONORABLE ARTHUR J. TARNOW
v.                                        UNITED STATES DISTRICT JUDGE

DUNCAN MaCLAREN,

    Respondent,
_____/

## ORDER GRANTING THE MOTION FOR PAUPER STATUS

On August 30, 2013, the Court denied the petition for writ of habeas corpus that had been filed by petitioner pursuant to 28 U.S.C. § 2254. The Court also denied petitioner a certificate of appealability. *See Halstead v. MaClaren,* No. 2:12-CV-12613, 2013 WL 4669969 (E.D. Mich. August 30, 2013). On September 29, 2013, petitioner filed a notice of appeal with the United States Court of Appeals for the Sixth Circuit. Petitioner has now filed a motion to proceed *in forma pauperis* on appeal. For the reasons that follow, the motion for pauperis status is GRANTED.

Although the Court has denied a certificate of appealability to petitioner, the standard for granting an application for leave to proceed *in forma pauperis* (IFP) is a lower standard than the standard for certificates of appealability. *See Foster v. Ludwick,* 208 F. Supp. 2d 750, 764 (E.D. Mich. 2002)(citing *United States v.*

1

*Youngblood*, 116 F. 3d 1113, 1115 (5th Cir. 1997)). Whereas a certificate of appealability may only be granted if petitioner makes a substantial showing of the denial of a constitutional right , a court may grant IFP status if it finds that an appeal is being taken in good faith. *Id.* at 764-65; 28 U.S.C. § 1915(a)(3); Fed. R.App.24 (a). "Good faith" requires a showing that the issues raised are not frivolous; it does not require a showing of probable success on the merits. *Foster,* 208 F. Supp. 2d at 765. The issues raised by petitioner are not frivolous, therefore, an appeal could be taken in good faith and petitioner may proceed *in forma pauperis* on appeal. *Id.*

## ORDER

Based upon the foregoing, **IT IS HEREBY ORDERED** that the "Motion For Pauper Status" [Dkt. # 28] is **GRANTED**.

S/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge

Dated: November 13, 2013

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on November 13, 2013, by electronic and/or ordinary mail.

S/Catherine A. Pickles
Judicial Assistant